171 A.3d 1258

VINCENT INNARELLA, PLAINTIFF-PETITIONER, v. WEDGE-WOOD CONDOMINIUM ASSOCIATES, INC., WEDGEWOOD GARDEN CONDO ASSOCIATION, INC., PROGRESSIVE BUILD-ING MANAGEMENT COMPANY, INC., GARDEN HOMES, INC., THE PROGRESSIVE COMPANIES, AND LAKEVIEW GAR-DENS, DEFENDANTS-RESPONDENTS.

C–203 Sept. Term 2017
079694

October 20, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–002542–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.